**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PACIFIC GULF SHIPPING CO., | § | Case No.   3:_____ |
| | § | |
| Plaintiff, | § | |
| | § | CORPORATE DISCLOSURE |
| v. | § | STATEMENT |
| | § | |
| ADAMASTOS SHIPPING & TRADING | § | IN ADMIRALTY |
| S.A., VIGOROUS SHIPPING & TRADING | § | |
| S.A., BLUE WALL SHIPPING LTD., and | § | |
| PHOENIX SHIPPING & TRADING S.A., | § | |
| | § | |
| Defendants. | § | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, certifies that Plaintiff PACIFIC GULF SHIPPING CO. is a privately-held company with no publicly traded parents or subsidiaries.

Dated: December 3, 2018

          Respectfully submitted,

          SCHWABE, WILLIAMSON & WYATT, P.C.

          By:    *s/David R. Boyajian*
                    David R. Boyajian, OSB #112582
                    Email: dboyajian@schwabe.com
                    Kent Roberts, OSB #801010
                    Email: ckroberts@schwabe.com
                    1211 SW 5th Ave., Suite 1900
                    Portland, OR 97204
                    Telephone: 503.222.9981
                    Facsimile: 503.796.2900
                    *Of Attorneys for Plaintiff, Pacific Gulf Shipping Co.*

*Of Counsel*
CHALOS & CO, P.C.
Briton P. Sparkman
*Pro Hac Vice Application Forthcoming*
*Attorney for Plaintiff*
7210 Tickner Street
Houston, Texas 77055
Telephone: (516) 714-4300
Email: bsparkman@chaloslaw.com