**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
**Kent Roberts**, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PACIFIC GULF SHIPPING CO., | § § | Case No. 3:18-cv-02076-MO |
| Plaintiff, | § § | |
| v. | § § § | ORDER APPOINTING CASCADE MARINE AGENCIES LTD. AS SUBSTITUTE CUSTODIAN |
| ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A., | § § § § § | IN ADMIRALTY |
| Defendants. | § § | |

Upon the Motion of Plaintiff, PACIFIC GULF SHIPPING CO., for the appointment of a Substitute Custodian for the M/V VIGOROUS in lieu of the United States Marshal in this case, and good cause appearing therefore, it is hereby:

ORDERED that the Plaintiff's Motion is granted, and the United States Marshal shall transfer custody of the M/V VIGOROUS (IMO 9298521), immediately following her arrest and

attachment, to the custody of the substitute custodian, Cascade Marine Agencies Ltd. (hereinafter "Cascade"); and it is further

ORDERED that upon transfer of the M/V VIGOROUS to the substitute custodian, the aforesaid substitute custodian shall be appointed to act as substitute custodian of the M/V VIGOROUS during custodia legis on behalf of this Court, in place and instead of the United States Marshal, until written notice of release has been given by the Plaintiff to the United States Marshal or has been ordered by this Court; and it is further

ORDERED that upon transfer of the M/V VIGOROUS to the substitute custodian by the United States Marshal, the United States Marshal shall not be liable for any loss occurring while she remains in the custody of the substitute custodian; and it is further

ORDERED that after the M/V VIGOROUS is arrested and attached, the substitute custodian shall cause and be responsible to have the M/V VIGOROUS remain at an appropriate berth and/or anchorage within the District of Oregon; and it is further

ORDERED that during custodia legis, the substitute custodian will permit the Vessel to undergo normal cargo operations, both loading and discharge, shift berths within the District of Oregon, and/or undergo repairs, but always at the risk and expense of the Vessel's interests, and always remaining within the District.

SIGNED at Portland, Oregon this 3 day of Dec. 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Order Appointing Cascade Marine Agencies Ltd.
As Substitute Custodian

**Presented by:**

David R. Boyajian, OSB #112582
Email: dboyajian@schwabe.com
Kent Roberts, OSB #801010
Email: ckroberts@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff,*
*Pacific Gulf Shipping Co.*


*Of Counsel*
CHALOS & CO, P.C.
Briton P. Sparkman
*Pro Hac Vice Application Forthcoming*
*Attorney for Plaintiff*
7210 Tickner Street
Houston, Texas 77055
Telephone: (516) 714-4300
Email: bsparkman@chaloslaw.com