**M. Christie Helmer**, OSB No. 743400
chris.helmer@millernash.com
**Jess G. Webster**, OSB No. 155330
Jess.webster@millernash.com
**Sanja Muranovic**, OSB No. 171774
sanja.muranovic@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

    Attorneys for Defendant
    Vigorous Shipping & Trading, S.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PACIFIC GULF SHIPPING CO., | No. 3:18-cv-02076-MO |
| Plaintiff, | NOTICE OF RESTRICTED APPEARANCE PURSUANT TO RULE E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS |
| v. | |
| ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING, S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A., | |
| Defendants. | |

TO:    Office of the Clerk, United States District Court, District of Oregon

AND TO:    David R. Boyajian and Kent Roberts, Schwabe, Williamson & Wyatt, P.C., Attorneys for Plaintiff Pacific Gulf Shipping Co.

Page 1 -   NOTICE OF RESTRICTED APPEARANCE PURSUANT TO RULE E(8) OF THE
       SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS

The Clerk will please note the appearance of the undersigned attorneys for claimant Vigorous Shipping & Trading, S.A. solely to defend the claims asserted against defendant Vigorous Shipping & Trading, S.A. under Supplemental Admiralty Rule B that led to the Process of Attachment against the vessel M/V VIGOROUS, IMO No. 9298521, as it is entitled to do under Supplemental Rule E(8), Federal Rules of Civil Procedure.

By entering this restricted appearance, Vigorous Shipping & Trading, S.A. does not waive any defenses that it, Defendants, or the vessel may have to Plaintiff's claims as stated in this matter.

You are hereby directed to serve all future pleadings or papers, except process, upon said attorneys, at their address below stated.

DATED:  December 7, 2018.

MILLER NASH GRAHAM & DUNN LLP

s/ M. Christie Helmer
M. Christie Helmer, OSB No. 743400
chris.helmer@millernash.com
Jess G. Webster, OSB No. 155330
jess.webster@millernash.com
Sanja Muranovic, OSB No. 171774
sanja.muranovic@millernash.com
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Defendant
Vigorous Shipping & Trading, S.A.