IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| PACIFIC GULF SHIPPING CO., | § | Case No. 3:18-CV-02076-MO |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | DECLARATION |
| | § | |
| ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A., | § | IN ADMIRALTY |
| | § | |
| Defendants. | § | |

My name is Efstahios Gourdomichalis. I am over the age of 21 years, and am fully capable and competent of making this declaration, I have personal knowledge of the facts below, and declare that the following facts are true and correct under penalty of perjury under the laws of the United States of America pursuant to Title 28 U.S.C. Section 1746.

1. My business address is 47-49 Akti Miaouli, Piraeus, Greece GR-18536.

2. I am the Secretary and Treasurer of Vigorous Shipping & Trading S.A. ("Vigorous Shipping").

3. I am authorized to make this declaration on behalf of Vigorous Shipping in the above-captioned matter.

4. Vigorous Shipping is the owner of the M/V VIGOROUS ("Vessel").

5. Vigorous Shipping is a Liberian company, see accompanying Certificate of Incorporation, and its business address is c/o Phoenix Shipping & Trading, 47-49 Akti Miaouli, 5th Floor, Piraeus, 18536.

6. Vigorous Shipping is wholly owned by Blue Wall Shipping Limited. See accompanying Certificate of Shareholding.

7. Vigorous Shipping has entered into a BIMCO Shipman (ship management) agreement with Phoenix Shipping & Trading S.A. ("Phoenix") to technically and commercially manage Vigorous Shipping's sole asset, the vessel VIGOROUS.

8. Vigorous Shipping is not inadequately capitalized, and in fact owns a significant asset, i.e., the Vessel VIGOROUS.

9. Vigorous Shipping is only required to file a flag registry tonnage tax, which it does independently from any other company. Audited financial statements are issued both consolidated for the Blue Wall corporate structure, as well as separately for Vigorous Shipping.

10. The directors of Vigorous Shipping observe all the formal legal requirements necessary for separate corporate existence.

11. There is no commingling of funds between Vigorous Shipping and Adamastos Shipping and Trading S.A.

12. There is absolutely no connection and there never was between Vigorous Shipping and Adamastos Shipping & Trading S.A.

13. Vigorous Shipping did not exist at the time that the charter agreement for the vessel ADAMASTOS was signed.

14. Vigorous Shipping is incurring the following charges on a daily basis as a result of the seizure:

| | |
|---|---|
| Daily loss of profit (daily hire) | 12,000 USD |
| Dockage/Security per day | 3,663 USD |
| Agency Cost per extra day | 475 USD |
| Low sulphur mgo consumption per day  4,1mt X 748USD | 3,066.80 USD |

147286.06507/115431317v.1

|  |  |
|---|---:|
|  | --------------- |
| Total daily costs: | 19,204,80 USD |

By the time of the Court's scheduled hearing on December 12, 2018, the vessel will have been under seizure for approximately 9 days. The estimated costs incurred by that time will be 172,843.20 USD.

15. Moreover, Vigorous Shipping has already incurred the following charges:

| | |
|---|---:|
| Shifting Pilotage (To Layberth) | 3,300 USD |
| Tug Assist (Onto Layberth) | 9,920 USD |
| Linesmen (Tie Up Layberth) | 2,577 USD |
| Agency Fee (2nd Berth) | 750 USD |
| Linesmen (Let GO Layberth) | 1,288 USD |
| | ------------------ |
| | 17,835 USD |

Executed on this 10th day of December, 2018.

*[signature]*

Efstathios Gourdomichalis