**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Briton P. Sparkman**, Admitted PHV
Email: bsparkman@chaloslaw.com
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771

Attorneys for Plaintiff, Pacific Gulf Shipping Co.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PACIFIC GULF SHIPPING CO.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A.**<br><br>Defendants. | No. 3:18-CV-02076-MO<br><br>Admiralty<br><br>**DECLARATION OF BRITON P. SPARKMAN IN OPOSITOIN TO MOTION TO VACATE MARITIME RULE B ATTACHMENT** |

I, Briton P. Sparkman, declare as follows:

1. I am over the age of 21 years, have personal knowledge of the facts below, and declare that the following facts are true and correct under penalty of perjury under the laws of the

Page 1 - PLAINTIFF PACIFIC GULF SHIPPING CO.'S OPPOSITION TO DEFENDANT'S MOTION TO VACATE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\132837\238641\DBO\22553030.1

United States of America pursuant to 28 U.S.C. § 1746.

2. I am legal counsel representing Plaintiff PACIFIC GULF SHIPPING CO. in the above captioned matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Ship-2-Shore article titled "The Brothers Who are Building up a shipping Blue Wall, vessel by vessel.", published May 26, 2014.

4. Attached hereto as Exhibit 2 is the April 6, 2011 Hearing Transcript from the case *OS Shipping Co. v. Global Mar. Trust(s) Private Ltd.*, 11-cv-377-BR before District Judge Brown.

5. Attached hereto as Exhibit 3 is the April 7, 2011 Hearing Transcript from the case *OS Shipping Co. v. Global Mar. Trust(s) Private Ltd.*, 11-cv-377-BR before District Judge Brown.

6. Attached hereto as Exhibit 4 is the March 16, 2018 Hearing Transcript from the case *Swaidan Trading Co., LLC, v. M/V DONUSA, in rem, et al.*, 3:18-cv-0398-HZ before District Judge Hernandez.

7. Attached hereto as Exhibit 5 is the March 30, 2018 Hearing Transcript from the case *Swaidan Trading Co., LLC, v. M/V DONUSA, in rem, et al.*, 3:18-cv-0398-HZ before District Judge Hernandez.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signed and dated on December 11, 2018.

s/Briton P. Sparkman  
Briton P. Sparkman

Page 2 -    DECLARATION OF BRITON P. SPARKMAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900