Garrett S. Garfield, OSB No. 093634
E-mail:garrett.garfield@hklaw.com
**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorney for Al-Saeed Trading Company, Y.S.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC GULF SHIPPING CO.,<br><br>Plaintiff,<br><br>v.<br><br>ADAMASTOS SHIPPING & TRADING S.A. VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A.,<br><br>Defendants. | Case No. 3:18-CV-02076-MO<br><br>**LIMITED NOTICE OF APPEARANCE** |

**TO: THE CLERK OF THIS COURT AND ALL PARTIES IN INTEREST:**

//

//

//

//

//

//

Page 1 -  LIMITED NOTICE OF APPEARANCE: CASE NO. 3:18-CV-02076-MO

**PLEASE TAKE NOTICE** that Non-Party **Al-Saeed Trading Company, Y.S.C.** ("Al-Saeed") appears herein, by and through its attorney, Garrett S. Garfield of Holland & Knight LLP, without waiving any claims, defenses, or objections, for the limited purpose of representing Al-Saeed's interest in the cargo currently aboard the M/V Vigorous.

Dated: December 12, 2018

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/Garrett S. Garfield*
 Garrett S. Garfield, OSB No. 093634
 E-mail: garrett.garfield@hklaw.com
 2300 US Bancorp Tower
 111 SW Fifth Avenue
 Portland, OR 97204
 Telephone: 503.243.2300
 Fax: 503.241.8014

 *Attorney for Al-Saeed Trading Company, Y.S.C.*

Page 2 - LIMITED NOTICE OF APPEARANCE: CASE NO. 3:18-CV-02076-MO

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing LIMITED NOTICE OF APPEARANCE to be served on the following person[s]:

David R. Boyajian
Schwabe Williamson & Wyatt
1211 SW Fifth Avenue
Suite 1900
Portland, OR 97204
503-796-2943
Fax: 503-796-2900
dboyajian@schwabe.com

Attorney for Plaintiff

Jeremy A. Herschaft
Keith B. Letourneau
Blank Rome LLP
717 Texas Avenue
Suite 1400
Houston, TX 77002
713-632-8653
Fax: 713-228-6605
jherschaft@blankrome.com
kletourneau@blankrome.com

Attorneys for Vigorous Shipping & Trading S.A.

Jess G. Webster
Miller Nash Graham & Dunn LLP
Pier 70
2801 Alaskan Way
Suite 300
Seattle, WA 98121
(206) 777-7560
Fax: (206) 340-9599
jess.webster@millernash.com

Attorney for Vigorous Shipping & Trading S.A.

M. Christie Helmer
Sanja Muranovic
Miller Nash Graham & Dunn LLP
111 SW Fifth Avenue
Suite 3400
Portland, OR 97204
(503) 205-2464
Fax: (503) 224-0155
chris.helmer@millernash.com
sanja.muranovic@millernash.com

Attorneys for Vigorous Shipping & Trading S.A.

by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED December 12, 2018.

                                                */s/ Garrett S. Garfield*
                                                Garrett S. Garfield

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300