Garrett S. Garfield, OSB No. 093634
E-mail:garrett.garfield@hklaw.com
**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014
*Attorneys for Al-Saeed Trading Co., Y.S.C.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PACIFIC GULF SHIPPING CO., <br><br> Plaintiff, <br><br> v. <br><br> ADAMASTOS SHIPPING & TRADING S.A. VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A., <br><br> Defendants. | Case No. 3:18-CV-02076-MO <br><br> **CORPORATE DISCLOSURE STATEMENT** |

//

//

//

//

//

//

//

Page 1 - CORPORATE DISCLOSURE STATEMENT: CASE NO. 3:18-CV-02076-MO

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

Pursuant to Fed. R. Civ. P. 7.1, Non-Party Al-Saeed Trading Co., Y.S.C. ("Al-Saeed") makes the following disclosure: Al-Saeed has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: December 12, 2018

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Garrett S. Garfield*
Garrett S. Garfield, OSB No. 093634
E-mail:  garrett.garfield@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorneys for Al-Saeed Trading Co., Y.S.C.*

Page 2 -  CORPORATE DISCLOSURE STATEMENT: CASE NO. 3:18-CV-02076-MO

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR  97204
Telephone:  503.243.2300

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing CORPORATE DISCLOSURE STATEMENT to be served on the following person[s]:

| | |
|---|---|
| David R. Boyajian<br>Schwabe Williamson & Wyatt<br>1211 SW Fifth Avenue<br>Suite 1900<br>Portland, OR 97204<br>503-796-2943<br>Fax: 503-796-2900<br>dboyajian@schwabe.com<br><br>*Attorney for Plaintiff* | Jeremy A. Herschaft<br>Keith B. Letourneau<br>Blank Rome LLP<br>717 Texas Avenue<br>Suite 1400<br>Houston, TX 77002<br>713-632-8653<br>Fax: 713-228-6605<br>jherschaft@blankrome.com<br>kletourneau@blankrome.com<br><br>*Attorneys for Vigorous Shipping & Trading S.A.* |
| Jess G. Webster<br>Miller Nash Graham & Dunn LLP<br>Pier 70<br>2801 Alaskan Way<br>Suite 300<br>Seattle, WA 98121<br>(206) 777-7560<br>Fax: (206) 340-9599<br>jess.webster@millernash.com<br><br>*Attorney for Vigorous Shipping & Trading S.A.* | M. Christie Helmer<br>Sanja Muranovic<br>Miller Nash Graham & Dunn LLP<br>111 SW Fifth Avenue<br>Suite 3400<br>Portland, OR 97204<br>(503) 205-2464<br>Fax: (503) 224-0155<br>chris.helmer@millernash.com<br>sanja.muranovic@millernash.com<br><br>*Attorneys for Vigorous Shipping & Trading S.A.* |

by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

Page 1 -    CERTIFICATE OF SERVICE

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED December 12, 2018.

                                                           */s/ Garrett S. Garfield*
                                                           Garrett S. Garfield

Page 2 -    CERTIFICATE OF SERVICE

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300