

**Date:** 19 November 2017
**Ref:** 893/17

**Al Saeed Trading Company**

On behalf of the United Nations World Food Programme (WFP), allow me to express my sincere gratitude for Al Saeed Trading Company's efforts with regard to the beneficiaries' ID verification process.

Your full adherence to the procedures related to the beneficiaries' ID verification process has ensured that the transfer is used for its intended purposes to meet the project's food security/nutrition objectives. The measures undertaken by your company promote the transparency, accountability and the overall efficiency of the Commodity Vouchers through Traiders Network (CV-TN) project which has resulted in the satisfaction of our beneficiaries with the monthly redemption process at the 47 outlets managed by your company in Sanaa, Hodaidah and Taiz governerates.

On behalf of WFP, once again, please accept my thanks for your significant efforts as one of WFP Yemen's regular suppliers in its response to the largest food emergency in the world.

I look forward to our continued close collaboration throughout the remainder of the year.

Sincerely,



Ally Raza Qureshi
Deputy Country Director
World Food Programme
Yemen