**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Briton P. Sparkman**, Admitted PHV
Email: bsparkman@chaloslaw.com
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771

Attorneys for Plaintiff, Pacific Gulf Shipping Co.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PACIFIC GULF SHIPPING CO.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A.**<br><br>Defendants. | No. 3:18-CV-02076-MO<br><br>Admiralty<br><br>**PLAINTIFF PACIFIC GULF SHIPPING CO.'S DISCOVERY PLAN PROPOSAL** |

COMES NOW, Plaintiff Pacific Gulf Shipping Co. ("Plaintiff") by and through its undersigned counsel and submits the following proposed plan for expedited discovery:

Page 1 - PLAINTIFF PACIFIC GULF SHIPPING CO.'S DISCOVERY PLAN PROPOAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\132837\238641\DBO\22553030.1

1. Plaintiff to serve Requests for Production by Friday, December 14, 2018. A copy of proposed requests for production are enclosed hereto as Exhibit 1.

2. Plaintiff to serve First Set of Interrogatories by Friday, December 14, 2018. A copy of proposed interrogatories are enclosed hereto as Exhibit 2.

3. Responses to Plaintiff's First Requests for Production and First Set of Interrogatories to be served on or before Friday December 28, 2018.

4. Plaintiff to serve subpoena(s) on the insurance underwriters who hold entry for the M/V ADAMASTOS and the M/V VIGOROUS on or before Monday December 17, 2018.

5. Depositions of the following individuals to proceed in Greece during the week of January 7-11, 2019,[1] with exact dates, times, and locations to be agreed by counsel:

   A. George Gourdomichalis;

   B. Efstahios Gourdomichalis;

   C. Corporate representative of Vigorous Shipping & Trading S.A.;

   D. Corporate representative of Phoenix Shipping & Trading S.A.;

   E. Corporate representative of Blue Wall Shipping Ltd.

6. Plaintiff respectfully reserves the right to request leave of the Court to seek additional written discovery and/or depositions.

---

[1] Subject to the receipt of a full and complete production and responses by Friday, December 28, 2018. Plaintiff respectfully reserves the right to seek leave of the Court to file a motion to compel and/or continue the depositions in the event the discovery responses are incomplete and/or inadequate.

Page 2 - PLAINTIFF PACIFIC GULF SHIPPING CO.'S DISCOVERY PLAN PROPOSAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\132837\238641\DBO\22553030.1

Dated this 13th day of December 2018.

        Respectfully submitted,

        CHALOS & CO, P.C.

        BY: *S/BRITON P. SPARKMAN*
              Briton P. Sparkman
              *Admitted Pro Hac Vice*
              Email: bsparkman@chaloslaw.com
              Telephone: 516.714.4300
              Facsimile: 516.750.9051

        and

        SCHWABE, WILLIAMSON & WYATT, P.C.

        BY: *S/DAVID R. BOYAJIAN*
              DAVID R. BOYAJIAN, OSB #112582
              dboyajian@schwabe.com
              Kent Roberts, OSB #801010
              Email: ckroberts@schwabe.com
              Telephone: 503.222.9981
              Facsimile: 503.796.2900

Page 3 - PLAINTIFF PACIFIC GULF SHIPPING CO.'S DISCOVERY PLAN PROPOSAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\132837\238641\DBO\22553030.1