**M. Christie Helmer**, OSB No. 743400
chris.helmer@millernash.com
**Jess G. Webster**, OSB No. 155330
Jess.webster@millernash.com
**Sanja Muranovic**, OSB No. 171774
sanja.muranovic@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Keith B. Letourneau** (*Pro Hac Vice*)
kletourneau@blankrome.com
**Jeremy A. Herschaft** (*Pro Hac Vice*)
jherschaft@blankrome.com
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas  77002
Telephone:  713.228.6601
Facsimile:  713.228.6605

Attorneys for Defendant Vigorous Shipping & Trading, S.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PACIFIC GULF SHIPPING CO., | No. 3:18-cv-02076-MO |
| Plaintiff, | UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |
| v. | |
| ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING, S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A., | |
| Defendants. | |

Defendant Vigorous Shipping & Trading S.A. moves the Court for the immediate entry of the Stipulated Protective Order attached hereto as Exhibit 1. The limited and expedited discovery granted by the Court will involve the production of documents believed to contain nonpublic proprietary and confidential information warranting the entry of a protective order. The form of the Stipulated Protective Order is the Court's approved form of Stipulated Protective Order without substantive modification. This motion is unopposed by Plaintiff.

Respectfully submitted this 17th Day of December, 2018.

        MILLER NASH GRAHAM & DUNN LLP

        s/ Sanja Muranovic
        M. Christie Helmer, OSB No. 743400
        chris.helmer@millernash.com
        Jess G. Webster, OSB No. 155330
        jess.webster@millernash.com
        Sanja Muranovic, OSB No. 171774
        sanja.muranovic@millernash.com
        Telephone:  503.224.5858
        Facsimile:  503.224.0155

        BLANK ROME LLP
        Keith B. Letourneau (*Pro Hac Vice*)
        kletourneau@blankrome.com
        Jeremy A. Herschaft (*Pro Hac Vice*)
        jherschaft@blankrome.com
        Telephone:  713.228.6601
        Facsimile:  713.228.6605

        Attorneys for Defendant
        Vigorous Shipping & Trading, S.A.