**M. Christie Helmer**, OSB No. 743400
chris.helmer@millernash.com
**Jess G. Webster**, OSB No. 155330
Jess.webster@millernash.com
**Sanja Muranovic**, OSB No. 171774
sanja.muranovic@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**Keith B. Letourneau** (*Pro Hac Vice*)
kletourneau@blankrome.com
**Jeremy A. Herschaft** (*Pro Hac Vice*)
jherschaft@blankrome.com
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: 713.228.6601
Facsimile: 713.228.6605

Attorneys for Defendant Vigorous Shipping & Trading, S.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PACIFIC GULF SHIPPING CO., | No. 3:18-cv-02076-MO |
| Plaintiff, | DEFENDANT VIGOROUS SHIPPING & TRADING, S.A.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS |
| v. | |
| ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING, S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A., | |
| Defendants. | |

Page 1 -   DEFENDANT VIGOROUS SHIPPING & TRADING, S.A.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS

4823-7017-8947.1

Subject to its restricted appearance, Vigorous Shipping & Trading, S.A. is submitting this Supplemental Response to Plaintiff's Emergency Motion to Extend the Deadline for Depositions to advise the Court that in response to Plaintiff's counsel's claimed unavailability this weekend, it has offered to present the two witnesses for depositions beginning Thursday at mid-day through end of day Friday, December 21, 2018.  Also, regarding the location of the depositions, counsel for Vigorous Shipping has proposed holding the depositions at a hotel in Athens, Greece, and counsel for Plaintiff would prefer to make arrangements to have the depositions at a law firm office, which Vigorous Shipping does not oppose.

DATED:  December 18, 2018.

MILLER NASH GRAHAM & DUNN LLP

s/ Sanja Muranovic
M. Christie Helmer, OSB No. 743400
chris.helmer@millernash.com
Jess G. Webster, OSB No. 155330
jess.webster@millernash.com
Sanja Muranovic, OSB No. 171774
sanja.muranovic@millernash.com
Telephone:  503.224.5858
Facsimile:  503.224.0155

BLANK ROME LLP
Keith B. Letourneau (*Pro Hac Vice*)
kletourneau@blankrome.com
Jeremy A. Herschaft (*Pro Hac Vice*)
jherschaft@blankrome.com
Telephone:  713.228.6601
Facsimile:  713.228.6605

Attorneys for Defendant
Vigorous Shipping & Trading, S.A.

Page 2 -   DEFENDANT VIGOROUS SHIPPING & TRADING, S.A.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS

4823-7017-8947.1