**M. Christie Helmer**, OSB No. 743400
chris.helmer@millernash.com
**Jess G. Webster**, OSB No. 155330
Jess.webster@millernash.com
**Sanja Muranovic**, OSB No. 171774
sanja.muranovic@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**Keith B. Letourneau** (*Pro Hac Vice*)
kletourneau@blankrome.com
**Jeremy A. Herschaft** (*Pro Hac Vice*)
jherschaft@blankrome.com
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: 713.228.6601
Facsimile: 713.228.6605

    Attorneys for Defendant Vigorous Shipping & Trading, S.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| PACIFIC GULF SHIPPING CO.,<br><br>    Plaintiff,<br><br>v.<br><br>ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING, S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A.,<br><br>    Defendants. | No. 3:18-cv-02076-MO<br><br>DEFENDANT VIGOROUS SHIPPING & TRADING, S.A.'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND DEADLINES TO COMPLETE DEPOSITIONS |

Page 1 -   DEFENDANT VIGOROUS SHIPPING & TRADING, S.A.'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND DEADLINES TO COMPLETE DEPOSITIONS

4817-5420-9667.2

Subject to its restricted appearance, Vigorous Shipping & Trading, S.A. is submitting this Second Supplemental Response to its filing at ECF No. 51 and Plaintiff's filing at ECF No. 52 on the issue of deponent availability. Vigorous Shipping's counsel Keith Letourneau was advised this afternoon via teleconference that Plaintiff's counsel was not available to take the depositions of the two witnesses this Saturday, Dec. 22, 2018. Plaintiff's counsel inquired as to the availability of witnesses on Thursday (Dec. 20, 2018) and Friday (Dec. 21, 2018). Vigorous Shipping's counsel then confirmed the deponent's availability to Plaintiff's counsel on those dates. Under the circumstances, Vigorous Shipping is proceeding to produce the two witnesses this Thursday and Friday in accordance with the Court's order. Vigorous Shipping's counsel Keith Letourneau left our offices this afternoon and is presently en route to Greece for the depositions on this Thursday and Friday.

DATED: December 18, 2018.

MILLER NASH GRAHAM & DUNN LLP

s/ Sanja Muranovic
Jess G. Webster, OSB No. 155330
jess.webster@millernash.com
Sanja Muranovic, OSB No. 171774
sanja.muranovic@millernash.com
Telephone: 503.224.5858
Facsimile: 503.224.0155

BLANK ROME LLP
Keith B. Letourneau (*Pro Hac Vice*)
kletourneau@blankrome.com
Jeremy A. Herschaft (*Pro Hac Vice*)
jherschaft@blankrome.com
Telephone: 713.228.6601
Facsimile: 713.228.6605

Attorneys for Defendant
Vigorous Shipping & Trading, S.A.

Page 2 -   DEFENDANT VIGOROUS SHIPPING & TRADING, S.A.'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND DEADLINES TO COMPLETE DEPOSITIONS

4817-5420-9667.2