**M. Christie Helmer**, OSB No. 743400
chris.helmer@millernash.com
**Jess G. Webster**, OSB No. 155330
Jess.webster@millernash.com
**Sanja Muranovic**, OSB No. 171774
sanja.muranovic@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Keith B. Letourneau** (*Pro Hac Vice*)
kletourneau@blankrome.com
**Jeremy A. Herschaft** (*Pro Hac Vice*)
jherschaft@blankrome.com
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas  77002
Telephone:  713.228.6601
Facsimile:  713.228.6605

Attorneys for Defendant Vigorous Shipping & Trading, S.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PACIFIC GULF SHIPPING CO., | No. 3:18-cv-02076-MO |
| Plaintiff, | **DEFENDANT VIGOROUS SHIPPING & TRADING, S.A.'S PROPOSED CASE MANAGEMENT SCHEDULE** |
| v. | |
| ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING, S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A., | |
| Defendants. | |

Page 1 -    DEFENDANT'S PROPOSED CASE MANAGEMENT SCHEDULE

4847-3705-7414.3

Further to the Court's instructions at the conclusion of the January 23, 2019, hearing in the above-captioned matter, defendant Vigorous Shipping & Trading, S.A. ("Vigorous Shipping"), subject to its restricted appearance under Supplemental Admiralty Rule E(8) as owner of the M/V VIGOROUS, respectfully submits the following proposed expedited case management schedule. The parties conferred but were unable to agree on a joint schedule to propose to the Court.

Vigorous Shipping believes bifurcating certain issues in this case will shorten its resolution and expects to file a motion to bifurcate very shortly. Without prejudice to that position,. Vigorous Shipping proposes the following schedule:

| | |
|---|---|
| Answer to Amended Complaint | February 15, 2019 |
| ADR Conference | As scheduled by Judge Papak |
| Initial Conference for Discovery Planning | By February 15, 2019 |
| Joinder of Any Additional Parties and Amendment of Pleadings | February 15, 2019 |
| Completion of Discovery | April 19, 2019 |
| Dispositive Motions | April 26, 2019 |
| Joint Proposed Pretrial Order | May 20, 2019 |
| Pretrial Memoranda | May 31, 2019 |

/ / /

/ / /

/ / /

| Final Pretrial Conference | As set by the Court |
|---|---|
| Bench Trial (4 Days) | First half of June, 2019 |

DATED:  January 25, 2019.

          MILLER NASH GRAHAM & DUNN LLP

          s/ Sanja Muranovic
          M. Christie Helmer, OSB No. 743400
          chris.helmer@millernash.com
          Jess G. Webster, OSB No. 155330
          jess.webster@millernash.com
          Sanja Muranovic, OSB No. 171774
          sanja.muranovic@millernash.com
          Telephone:  503.224.5858
          Facsimile:  503.224.0155

          BLANK ROME LLP
          Keith B. Letourneau (*Pro Hac Vice*)
          kletourneau@blankrome.com
          Jeremy A. Herschaft (*Pro Hac Vice*)
          jherschaft@blankrome.com
          Telephone:  713.228.6601
          Facsimile:  713.228.6605

          Attorneys for Defendant
          Vigorous Shipping & Trading, S.A.