Valerie I. Holder, OSB No, 160646
KEESAL, YOUNG & LOGAN
1301 Fifth Avenue, Suite 3100
Seattle, Washington  98101
Telephone:      (206) 622-3790
Facsimile:       (206) 343-9529
Email:      valerie.holder@kyl.com
Attorneys for Medmar Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PACIFIC GULF SHIPPING CO.,**<br><br>                                              Plaintiff,<br><br>vs.<br><br>**ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., AND PHOENIX SHIPPING & TRADING S.A.,**<br><br>                                              Defendants. | Case No. 3:18-CV-02076-MO<br><br>ADMIRALTY<br><br>**LIMITED NOTICE OF APPEARANCE** |

TO: THE CLERK OF THIS COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Non-Party Medmar Inc. ("Medmar") appears herein, by and through its attorney, Valerie I. Holder of Keesal, Young & Logan, without waiving any claims, defenses, or objections, for the limited purpose of representing Medmar's interests as charterer of the vessel.

DATED this 30th day of January, 2019.

KEESAL, YOUNG & LOGAN

/s/ Valerie I. Holder
Valerie I. Holder, OSB No. 160646
Attorneys for Medmar Inc.

Case No.:  3:18-CV-02076-MO
LIMITED NOTICE OF APPEARANCE - 1

## CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing LIMITED NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

| | |
|---|---|
| David R. Boyajian, Esq.<br>C. Kent Roberts, Esq.<br>Schwabe, Williamson & Wyatt, P.C.<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>Attorneys for Plaintiff Pacific Gulf Shipping Co. | M. Christie Heler, Esq.<br>Jess G. Webster, Esq.<br>Sanja Muranovic, Esq.<br>Miller Nash Graham & Dunn LLP<br>3400 U.S. Bancorp Tower<br>111 SW Fifth Avenue<br>Portland, OR 97204<br>Attorneys for Defendant Vigorous Shipping & Trading, S.A. |
| Briton P. Sparkman, Esq.<br>Chalos & Co, P.C.<br>55 Hamilton Avenue<br>Oyster Bay, NY 11771<br>Attorneys for Plaintiff Pacific Gulf Shipping Co. | Keith B. Letourneau, Esq.<br>Jeremy A. Herschaft, Esq.<br>Blank Rome LLP<br>717 Texas Avenue, Suite 1400<br>Houston, TX 77002<br>Attorneys for Defendant Vigorous Shipping & Trading, S.A. |

DATED this 30th day of January, 2019, at Seattle, Washington.

*/s/ Hillary Poole*
Hillary R. Poole

KYL4813-8189-6579.1

Case No.: 3:18-CV-02076-MO
LIMITED NOTICE OF APPEARANCE - 2