**Michael E. Haglund**, OSB 772030
mhaglund@hk-law.com
**Eric J. Brickenstein**, OSB 142852
ebrickenstein@hk-law.com
HAGLUND KELLEY LLP
200 SW Market St., Ste. 1777
Portland, OR 97201
Tel: (503) 225-0777  Fax: (503) 225-1257

**Bruce G. Paulsen** (Pro Hac Vice Pending)
paulsen@sewkis.com
**Brian P. Maloney** (Pro Hac Vice Pending)
Maloney@sewkis.com
**Shrey Sharma** (Pro Hac Vice Pending)
sharma@sewkis.com
One Battery Park Plaza
New York, NY 10004
Tel:  (212) 574-1200 Fax:( (212) 480-8421

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

#### (Portland Division)

| | |
|---|---|
| PACIFIC GULF SHIPPING CO.,<br><br>                          Plaintiff,<br><br>   v.<br><br>ADAMASTOS SHIPPING & TRADING S.A.,<br>VIGOROUS SHIPPING & TRADING, S.A., BLUE<br>WALL SHIPPING LTD., and PHOENIX SHIPPING &<br>TRADING S.A.,<br><br>                          Defendants. | Case No. 3:18-cv-2076-MO<br><br>**DEFENDANT BLUE WALL<br>SHIPPING LTD.'s<br>RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Blue Wall

Shipping Ltd. ("Blue Wall") submits the following corporate disclosure statement.  Blue Wall

has no parent corporation.  Blue Wall's shareholders include funds managed by BlackRock

Capital Investment Advisor, LLC, that own approximately 16.6% interests in Blue Wall.

BlackRock Capital Investment Advisor, LLC is a wholly owned subsidiary of BlackRock, Inc., a

publicly traded company (NYSE: BLK).

DATED this 15th day of February, 2019.

By:   /s/ Michael E. Haglund
        Michael E. Haglund, OSB No. 772030
        haglund@hk-law.com
        Eric J. Brickenstein, OSB 142852
        ebrickestein@hk-law.com
        HAGLUND KELLEY LLP
        200 SW Market St., Ste 1777
        Portland, OR  97201
        Telephone: (503) 225-0777
        Facsimile: (503) 225-1257
           *LOCAL COUNSEL*

        Bruce G. Paulsen (*Pro Hac Vice Pending*)
        paulsen@sewkis.com
        Brian P. Maloney (*Pro Hac Vice Pending*)
        maloney@sewkis.com
        Shrey Sharma (*Pro Hac Vice Pending*)
        sharma@sewkis.com
        SEWARD & KISSEL LLP
        One Battery Park Plaza
        New York, NY 10004
        Telephone: (212) 574-1200
        Facsimile: (212) 480-8421

        *Attorneys for Defendant Blue Wall Shipping Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15TH day of February, 2019, I served the foregoing

**DEFENDANT BLUE WALL SHIPPING LTD.'s RULE 7.1 CORPORATE DISCLOSURE**

**STATEMENT**, on the following:

David R. Boyajian
C. Kent Roberts
Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, Ste. 1900
Portland, OR 97204
dboyajian@schwabe.com
ckroberts@schwabe.com
    Attorney for Plaintiff Pacific Gulf Shipping, Co.

Briton P. Sparkman
Chlos & Co., P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771
bsparkman@chalosalw.com
    Attorneys for Pacific Gulf Shipping Co.

Garrett S. Garfield
Holland & Knight LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Serve.gsg@hklaw.com
    Attorney for Interested Party Al-Saeed Trading Company, Y.S.C.

M. Christie Helmer
Sanja Muranovic
Miller Nash Graham & Dunn, LLP
111 SW Fifth Ave., Ste. 3400
Portland, OR 97204
Chris.helmer@millernash.com
Sanja.muranovic@millernash.com
    Attorneys for Vigorous Shipping & Trading S.A.

Jess G. Webster
Miller Nash Graham & Dunn LLP
Pier 70
2801 Alaskan Way, Ste. 300
Seattle WA 98121

Page 1 – CERTIFICATE OF SERVICE

Jess.webster@millernash.com
     Attorneys for Vigorous Shipping & Trading S.A.

Jeremy A. Herschaft
Keith B. Letourneau
Blank Rome LLP
717 Texas Avenue, Se. 1400
Houston, TX 77002
jherschaft@blankrome.com
kletourneau@blankrome.com
     Attorneys for Vigorous Shipping & Trading S.A.

Valerie I. Holder
Keesal, Young & Logan
450 Pacific Avenue
San Francisco, CA 94133
Valerie.holder@kyl.com
     Attorney for Medmar, Inc.

by the following indicated method(s):

☐     by **emailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney at the last known office address of the attorney, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐     by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last known address listed above on the date set forth above.

☐     by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney as shown above on the date set forth above.

☐     by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth above.

☒     by transmitting full, true and correct copies thereof to the attorneys through the court's Cm/ECF system on the date set forth above.

     s/Michael E. Haglund
     Michael E. Haglund, OSB No. 772030
     Eric J. Brickenstein, OSB No. 142852
     Attorney for Defendant Blue Wall Shipping, Ltd.

HAGLUND KELLEY, LLP
ATTORNEYS AT LAW
200 SW MARKET STREET, SUITE 1777
PORTLAND, OR 97201