**Michael E. Haglund**, OSB 772030
haglund@hk-law.com
**Eric J. Brickenstein**, OSB 142852
ebrickenstein@hk-law.com
HAGLUND KELLEY LLP
200 SW Market St Ste 1777
Portland OR  97201
Telephone: (503) 225-0777  Fax: (503) 225-1257

**Brucc G. Paulsen** (*Pro Hac Vice*)
paulsen@sewkis.com
**Brian P. Maloney** (*Pro Hac Vice*)
maloney@sewkis.com
**Shrey Sharma** (*Pro Hac Vice*)
sharma@sewkis.com
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200  Fax: (212) 480-8421

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Portland Division)

| | |
|---|---|
| PACIFIC GULF SHIPPING CO.,<br><br>                                    Plaintiff,<br>- against –<br><br>ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING, S.A., BLUE WALL SHIPPING LTD., PHOENIX SHIPPING & TRADING S.A., THALASSA HOLDINGS S.A., ALASTOR MARINE S.A., GEORGE GOURDOMICHALIS, and EFSTATHIOS GOURDOMICHALIS,<br><br>                                    Defendants. | 3:18-cv-2076-MO<br><br>**BLUE WALL SHIPPING LTD.'S NOTICE OF FOREIGN LAW PURSUANT TO FED. R. CIV. P. 44.1** |

Blue Wall Shipping Ltd. hereby gives notice pursuant to Rule 44.1 of the Federal Rules of Civil Procedure of its intent to raise matters of English law in support of its Motion to Dismiss the above-captioned action.

Dated: March 18, 2019

By: /s/ Michael E. Haglund
**Michael E. Haglund**, OSB No. 772030
haglund@hk-law.com
**Eric J. Brickenstein**, OSB 142852
ebrickenstein@hk-law.com
HAGLUND KELLEY LLP
200 SW Market St Ste 1777
Portland OR 97201
Telephone: (503) 225-0777
Facsimile: (503) 225-1257
*LOCAL COUNSEL*

**Bruce G. Paulsen** (*Pro Hac Vice*)
paulsen@sewkis.com
**Brian P. Maloney** (*Pro Hac Vice*)
maloney@sewkis.com
**Shrey Sharma** (*Pro Hac Vice*)
sharma@sewkis.com
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Defendant Blue Wall Shipping Ltd.*

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2019, I served the foregoing BLUE WALL SHIPPING LTD.'S NOTICE OF FOREIGN LAW PURSUANT TO FED. R. CIV. P. 44.1, on the following:

    David R. Boyajian
    Kent Roberts
    Schwabe, Williamson & Wyatt PC
    1211 SW 5th Ave., Suite 1900
    Portland, OR 97204

    Briton P. Sparkman
    Chalos & Co., PC
    7210 Tickner Street
    Houston, TX 77055

    Attorneys for Defendant

by the following indicated method(s):

☐   by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney at the last known office address of the attorney, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐   by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last known address listed above on the date set forth above.

☐   by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney as shown above on the date set forth above.

☒   by transmitting full, true and correct copies thereof to the attorneys through the court's Cm/ECF system on the date set forth above.

                        s/Michael E. Haglund
                        Michael E. Haglund, OSB No. 772030
                        Attorneys for Plaintiffs