**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff, Pacific Gulf Shipping Co.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PACIFIC GULF SHIPPING CO.**, <br><br> Plaintiff, <br><br> vs. <br><br> **ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A.** <br><br> Defendants. | No. 3:18-CV-02076-MO <br><br> Admiralty <br><br> **ORDER TO DEPOSIT FUNDS (TREASURY REGISTRY FUND)** |

It is hereby Stipulated and Agreed between the undersigned counsel:

That an amount of USD 9,500,000 ("Substitute Security") shall be sufficient security under Rule E(5)(a) and shall be substituted for the M/V VIGOROUS (the "Vessel").

That the Substitute Security shall stand in place of the Vessel and upon deposit of the funds into the Court Registry, the Vessel will be released from attachment and is free to sail without

Page 1 - STIPULATED ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

further restraint.

Accordingly, it is hereby **ORDERED** that:

The Joint Motion for Leave of Court to Deposit Funds Into the Registry of the Court is **GRANTED;** and it is further

**ORDERED** that pursuant to Supplemental Rule E(5)(a) and the agreement of the parties, funds deposited in the Court's Registry in the amount of USD 9,500,000 is approved as Substitute Security to stand in place of the Vessel; and it is further

**ORDERED** that Defendant shall promptly tender to the Clerk payment in the amount of USD 9,500,000 as Substitute Security for the Vessel; and it is further

**ORDERED** that, as required by LR 67.1, in accordance with the parties' Joint Motion to Deposit Funds (#119), the Clerk of Court is hereby ORDERED to accept cash, a cashier's check, or a certified check, payable to the Clerk, U.S. District Court, in the amount of USD 9,500,000 and to deposit these monies into the Court's treasury registry fund, where it will remain as security for the claim made the basis of the above-captioned matter until and subject to further Order by this Court; and it is further

**ORDERED** that, upon receipt of the funds, the Clerk of Court will notify the Marshal and the Vessel will be released from attachment and the U.S. Marshal shall refund to Plaintiff any funds remaining from the security deposit made by Plaintiff with the Marshal to secure the attachment; and it is further

**ORDERED** that, withdrawal and disbursement of these funds may be made only upon further order of the Court.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-2.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

**STIPULATED AND AGREED:**

SCHWABE, WILLIAMSON & WYATT, P.C.

BY: s/ DAVID R. BOYAJIAN
David R. Boyajian, OSB #112582
Email: dboyajian@schwabe.com
Telephone: 503.222.9981
Facsimile: 503.796.2900

and

MILLER NASH GRAHAM & DUNN LLP

BY: s/ CHRISTIE HELMER
M. Christie Helmer, OSB#743400
Email: chris.helmer@millernash.com
Jess G. Webster, OSB#155330
Email: jess.webster@millernash.com
Telephone: 503.224.5858
Facsimile: 503.224.0155

For Court Use Only

APPROVED AS TO FORM:

*Renee Martinez*
Clerk of Court
By: Financial Administrator

**SO ORDERED:**

_____ 3/20/19
Chief Judge Michael W. Mosman
United States District Judge

Page 3 - STIPULATED ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900