**Leasy, Janna**
_____

| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **Sent:** | Tuesday, February 19, 2019 4:04 PM |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 3:18-cv-02076-MO Pacific Gulf Shipping Co. v. Adamastos Shipping & Trading S.A. et al Motion Hearing Held |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 2/19/2019 at 4:03 PM PST and filed on 2/19/2019
**Case Name:**   Pacific Gulf Shipping Co. v. Adamastos Shipping & Trading S.A. et al
**Case Number:**  3:18-cv-02076-MO
**Filer:**
**Document Number:** 97(No document attached)

**Docket Text:**
**MINUTES of Proceedings: Motion Hearing held. As stated on the record, Defendant Vigorous Shippings Motion for Bond [86] is DENIED. Parties are to confer and submit a joint case management schedule by 5pm Pacific Standard Time on 02/22/19. Briton P. Sparkman and David R. Boyajian present as counsel for plaintiff(s). Jess G. Webster, Keith B. Letourneau, Garrett Garfield and Jay Betti. Restricted Appearance by Eric Brickenstein and Bruce Paulsen present as counsel for defendant(s). Court Reporter: Bonita Shumway. Judge Michael W. Mosman presiding. (dls)**


**3:18-cv-02076-MO Notice has been electronically mailed to:**

Briton P. Sparkman   bsparkman@chaloslaw.com

C. Kent Roberts   ckroberts@schwabe.com, docket@schwabe.com, klevesque@schwabe.com

David R. Boyajian   dboyajian@schwabe.com, clombardi@schwabe.com, docketing@schwabe.com

Garrett S. Garfield   serve.gsg@hklaw.com, teresa.armendariz@hklaw.com

Jeremy A. Herschaft     jherschaft@blankrome.com

Jess G. Webster     jess.webster@millernash.com, bill.mccorkle@millernash.com, donna.cauthorn@millernash.com, nick.miller@millernash.com

Keith B. Letourneau     kletourneau@blankrome.com

M. Christie Helmer     chris.helmer@millernash.com, sarah.herron@millernash.com

Michael E. Haglund     mhaglund@hk-law.com, atodd@hk-law.com, ebrickenstein@hk-law.com, kelley@hk-law.com, llaplante@hk-law.com

Sanja Muranovic     sanja.muranovic@millernash.com, janna.leasy@millernash.com

Valerie I. Holder     valerie.holder@kyl.com, hillary.poole@kyl.com

**3:18-cv-02076-MO Notice will <u>not</u> be electronically mailed to:**