**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Plaintiff, Pacific Gulf Shipping Co.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PACIFIC GULF SHIPPING CO.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., and PHOENIX SHIPPING & TRADING S.A.**<br><br>Defendants. | No. 3:18-CV-02076-MO<br><br>Admiralty<br><br>**NOTICE OF RELEASE OF VESSEL** |

COMES NOW, Plaintiff Pacific Gulf Shipping Co. ("Plaintiff") and respectfully provides notice to the Court that substitute security was deposited with the Clerk of the Court for the District of Oregon shortly before the close of business on Thursday March 21, 2019 in accordance with this Court's Order, Docket 121. Plaintiff promptly notified the U.S. Marshal Service and Substitute Custodian that security was posted and the Vessel was to be immediately released. The

Page 1 - NOTICE OF RELEASE OF VESSEL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Substitute Custodian's notice of release to all interested parties, including the Colombia River Pilots, U.S. Coast Guard, Port of Longview, and the Vessel's agent was issued at approximately 4:55 pm local time. The Vessel is currently underway out of the District.

Respectfully submitted,

CHALOS & CO, P.C.

BY: *S/BRITON P. SPARKMAN*
 Briton P. Sparkman
 *Admitted Pro Hac Vice*
 Email: bsparkman@chaloslaw.com
 Telephone: 516.714.4300
 Facsimile: 516.750.9051

and

SCHWABE, WILLIAMSON & WYATT, P.C.

BY: *S/DAVID R. BOYAJIAN*
 DAVID R. BOYAJIAN, OSB #112582
 dboyajian@schwabe.com
 Kent Roberts, OSB #801010
 Email: ckroberts@schwabe.com
 Telephone: 503.222.9981
 Facsimile: 503.796.2900

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice via cm/ECF to all counsel of record in the above referenced matter on this 22nd day of March 2019.

 /s/ Briton P. Sparkman
 Briton P. Sparkman

Page 2 -   NOTICE OF RELEASE OF VESSEL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900