UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Pacific Gulf Shipping Co.,

                    Plaintiff(s),

                                      Case No.: 3:18-CV-02076-MO

v.

Adamastos Shipping & Trading S.A., et al.,      JOINT ALTERNATIVE DISPUTE
                                                     RESOLUTION REPORT
                  Defendant(s).

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settings discussions with their clients and the opposing party?

   ☑ Yes    ☐ No

   If not, provide an explanation:

   _____

   _____

2. The parties propose: (*check one of the following*)

   ☐ (a)    That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

   ☐ (b)    That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

   _____

   _____

   _____

☐ (c)   ADR may be helpful at a later date following completion of:

_____

_____


☐ (d)   The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____


☒ (e)   The parties do not believe that any form of ADR will assist in the resolution of this case.


☐ (f)   Other:

_____

_____

_____


Dated: 5/1/2019                         By:   s/ Briton P. Sparkman
                                              Pacific Gulf Shipping Co.


                                        By:   s/ Jeremy A. Herschaft
                                              Vigorous Shipping & Trading, S.A.


                                        By:   s/ Brian P. Maloney
                                              Blue Wall Shipping Ltd.