**David R. Boyajian**, OSB #112582
Email: dboyajian@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Briton P. Sparkman**, Admitted PHV
Email: bsparkman@chaloslaw.com
CHALOS & CO, P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771

*Attorneys for Plaintiffs,*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PACIFIC GULF SHIPPING CO. AND MICHAEL ELSE & COMPANY LTD. IN ITS OWN RIGHT AND AS SUBROGEE OF PACIFIC GULF SHIPPING CO.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING S.A., BLUE WALL SHIPPING LTD., PHOENIX SHIPPING & TRADING S.A., THALASSA HOLDINGS S.A., ALASTOR MARINE S.A., GEORGE GOURDOMICHALIS, and EFSTATHIOS GOURDOMICHALIS**<br><br>Defendants. | No.  3:18-CV-02076-MO<br><br>In Admiralty<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS** |

Page 1 -    RESPONSE IN OPPOSITION TO MOTION TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

## PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS

COME NOW, Plaintiffs Pacific Gulf Shipping Co. and Michael Else & Company Ltd. in its Own right and as subrogee of Plaintiff Pacific Gulf Shipping Co. ("Plaintiffs"), by and through undersigned counsel and files this response in opposition to Defendants' Motion to Dismiss the Third Amended Complaint filed on October 29, 2019 (DE 181).

Plaintiffs respectfully oppose the Motion to Dismiss for the reasons outlined in the Response in Opposition to Motion to Dismiss (DE 169), Declaration of Kevin Simon Cooper (DE 170), and Declaration of Briton P. Sparkman (DE 171) previously filed with this Court.

WHEREFORE, premises considered, Plaintiffs request that the motion be denied in its entirety and that Plaintiffs be granted such other and further relief as is just and proper.

DATED:    November 11, 2019        Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.


By:    *s/*David R. Boyajian
       David R. Boyajian, OSB #112582
       dboyajian@schwabe.com
       Kent Roberts, OSB #801010
       ckroberts@schwabe.com
       1211 SW 5th Ave., Suite 1900
       Portland, OR 97204
       Telephone: 503.222.9981
       Facsimile: 503.796.2900


CHALOS & CO, P.C.


By:    s/ Briton P. Sparkman
       Briton P. Sparkman, Admitted PHV
       7210 Tickner Street
       Houston, Texas 77055
       Telephone: (516) 714-4300

Page 2 -    RESPONSE IN OPPOSITION TO MOTION TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

Facsimile: (516) 750-9051
Email: bsparkman@chaloslaw.com

*Attorneys for Plaintiff,*
*Pacific Gulf Shipping Co.*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading via cm/ECF to all counsel of record in accordance with the Fed. Rules of Civil Procedure on this 11th day of November:

  /s/ Briton P. Sparkman
Briton P. Sparkman

Page 3 -   RESPONSE IN OPPOSITION TO MOTION TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900