# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Oregon, Portland Division**

U.S. District Court case number: **3:18-cv-02076-MO**

Date case was first filed in U.S. District Court: **12/03/2018**

Date of judgment or order you are appealing: **01/31/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes    ☐ No    ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Pacific Gulf Shipping Co.
Michael Else & Company Ltd.

Is this a cross-appeal?  ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☒ Yes   ☐ No

If Yes, what is the prior appeal case number? **19-35225**

Your mailing address:

55 Hamilton Avenue

City: Oyster Bay    State: NY    Zip Code: 11771

Prisoner Inmate or A Number (if applicable):

Signature: **/s/ Briton P. Sparkman**    Date: **02/21/2020**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                     Rev. 12/01/2018