# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Pacific Gulf Shipping Co., and
> Michael Else & Company Ltd.

Name(s) of counsel (if any):

> Briton P. Sparkman

Address: 55 Hamilton Avenue, Oyster Bay, New York 11771

Telephone number(s): 516.714.4300

Email(s): bsparkman@chaloslaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Blue Wall Shipping Ltd.

Name(s) of counsel (if any):

> Michael R. Haglund, Eric J. Brickenstein,

Address: 200 S.W. Market Street, Suite 1777, Portland Oregon 97201

Telephone number(s): 503.225.0777

Email(s): haglund@hk-law.com; ebrickenstein@hk-law.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                              *1*                                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:
Pacific Gulf Shipping Co., and
Michael Else & Company Ltd.

Name(s) of counsel (if any):
David R. Boyajian, Kent Roberts

Address: 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204

Telephone number(s): 503-796-2900

Email(s): dboyajian@schwabe.com; ckroberts@schwabe.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
Blue Wall Shipping Ltd.

Name(s) of counsel (if any):
Bruce G. Paulsen, Brian P. Maloney, Shrey Sharma

Address: One Battery Park Plaza, New York, New York 10004

Telephone number(s): 212.574.1200

Email(s): paulsen@sewkis.com; maloney@sewkis.com; sharma@sewkis.com

Name(s) of party/parties:
Vigorous Shipping & Trading S.A.

Name(s) of counsel (if any):
M. Christie Helmer, Ian M. Christy

Address: 3400 U.S. Bancorp Tower, 111 S.W. Fifth Ave, Portland, Oregon 97204

Telephone number(s): 503.224.5858

Email(s): chris.helmer@millernash.com; ian.christy@millernash.com

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                    2                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:
Vigorous Shipping & Trading S.A.

Name(s) of counsel (if any):
Keith B. Letourneau, Jeremy A. Herschaft

Address: 717 Texas Avenue, Suite 1400, Houston, Texas 77002

Telephone number(s): 713.228.6601

Email(s): kletourneau@blankrome.com; jherschaft@blankrome.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                           *2*                                    *New 12/01/2018*