UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PACIFIC GULF SHIPPING CO. and MICHAEL ELSE & COMPANY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ADAMASTOS SHIPPING & TRADING S.A., VIGOROUS SHIPPING & TRADING, S.A., BLUE WALL SHIPPING LTD., PHOENIX SHIPPING & TRADING S.A., THALASSA HOLDINGS S.A., ALASTOR MARINE S.A., GEORGE GOURDOMICHALIS, and EFSTATHIOS GOURDOMICHALIS, <br><br> Defendants. | No. 3:18-cv-02076-MO <br><br> In Admiralty <br><br> FINAL JUDGMENT |

For the reasons stated on the record at the January 31, 2020 hearing (*see* Dkt. 210), the Court finds that defendants Blue Wall Shipping Ltd.'s and Vigorous Shipping & Trading, S.A.'s joint motion for summary judgment (Dkt. 186) should be and hereby is GRANTED in its entirety. Accordingly, the Court now ENTERS final judgment as follows:

The Court DISMISSES with prejudice all claims of Plaintiffs Pacific Gulf Shipping Co. and Michael Else & Company Ltd. stated in the Third Amended Complaint (Dkt. 177).

DATED this 21st day of February, 2020.

MICHAEL W. MOSMAN
United States District Judge

PAGE 1 – FINAL JUDGMENT